Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the
Southern District of MS
Jackson Division



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUL 10 2024
ARTHUR JOHNSTON
BY _____ DEPUTY

Yuri Calzadilla
Plaintiff(s)

(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

1- Lynn Fitch
2- Burl Cain
3- Marc McClure
4- Brenetta Hoskins
Defendant(s)

(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. 3:24CV-397-HTW-LGI
(to be filled in by the Clerk's Office)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Yuri Calzadilla
All other names by which you have been known:
ID Number: # 141943
Current Institution: MSP
Address: PO Box 1057
Parchman, MS 38738
City / State / Zip Code

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Lynn Fitch
Job or Title *(if known)*: MS Attorney General
Shield Number:
Employer: The State of Mississippi
Address: 550 High Street Suite 1100
Jackson, MS 39205
City / State / Zip Code
[✓] Individual capacity   [ ] Official capacity

Defendant No. 2
Name: Burl Cain
Job or Title *(if known)*: M.D.O.C. Commissioner
Shield Number:
Employer: The State of Mississippi
Address: 301 North Lamar Street
Jackson, MS 39201
City / State / Zip Code
[✓] Individual capacity   [ ] Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
Name: Marc McClure
Job or Title (if known): M.S.P Superintendent
Shield Number:
Employer: State M.D.O.C
Address: P.O Box 1057
Parchman, Ms 38738
City / State / Zip Code
[✓] Individual capacity   [ ] Official capacity

Defendant No. 4
Name: Brenetta Hoskins
Job or Title (if known): ARP, Team Lead
Shield Number:
Employer: M.D.O.C
Address: P.O Box 1057
Parchman, Ms 38738
City / State / Zip Code
[✓] Individual capacity   [ ] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

[ ] Federal officials (a *Bivens* claim)

[✓] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

8th Emendmet in the constitution

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

### III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [ ] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [x] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)* _____

### IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

I could be release in ERS on the beginning of March. M.O.O.C. Keeping me in prison pass my release Date, issue was directed to The defendants, no respond

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C. What date and approximate time did the events giving rise to your claim(s) occur?

March 2024

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I still im prison pass my release date issue was directed to all the defendants, I have no respond, and I still im prison Attorney General, Commissioner, Superintendent and ARP Department is doin nothing about it.

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Mental injuries, pain and sufering to be im prison for no reason when I could be free

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Moneytary compensantion for ech day that I be im prison pass may to release date Compensation for Medical Treat.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_M.S.P_

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☑ No

☐ Do not know

If yes, which claim(s)?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

   - Attorney General
   - Commissioner
   - Superintendent
   - ARP Department

2. What did you claim in your grievance?

   - I need to be release
   - I pass my release Date
   - Time sheet was send to every Department and offial

3. What was the result, if any?

   No result.

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   Write letter to Attorney General, Commissioner Superintendant, ARP Department. ARP Department said thy don't no nothing about it

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

_____

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

Attorney General Lynn Fitch — let grievance letter
Burl Cain Commissioner — grivance letter
Superintendent Marc McClure — grivance letter
ARP Departament Brenetta Hosking — Complaint letter

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

— Time sheet is on here show my release date
— Time sheet show release date have being change and parole date have being plant or add to my sentence parole add it to my sentence to give me more time.

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

# Mississippi Department of Corrections
## Inmate Time Sheet

**Offender:** CALZADILLA, YURI 141943

**Computation Date:** 02/21/2024 09:20

**Housing:** MSP, UNIT 30, BLD D, ZONE B, BED 0142

**Date Printed:** 02/28/2024 11:12

## Sentences:

| DATE | CAUSE/COUNT | OFFENSE | COMMITTED | COUNTY | SERVE | HOUSE | PROBATION | HAB | DEFERRED | OVERRIDE | CONCURRENT | CONSECUTIVE |
|------|-------------|---------|-----------|--------|-------|-------|-----------|-----|----------|----------|------------|-------------|
| 02/08/13 | 12-CR-116SCG/1 | 1211:STRONG ARMED ROBBERY | 06/21/12 | Scott | 12Y | | | N | | | | |
| 02/08/13 | 12-CR-118SCG/1 | 1211:STRONG ARMED ROBBERY | 06/23/12 | Scott | 12Y | | | N | | | | 12-CR-116SCG/1 |

☐ First Time Offender

## Pre Trial/Pre Sentence Jail Time:

| FROM | TO | DAYS |
|------|-----|------|
| | | |

Total Jail Time: 0    Override: 227

## Computation Details:

| DATE | DESCRIPTION |
|------|-------------|
| 02/08/13 | 12-CR-116SCG/1 1211:STRONG ARMED ROBBERY 12Y |
| 02/08/13 | 12-CR-118SCG/1 1211:STRONG ARMED ROBBERY 12Y CS to 12-CR-116SCG/1 |
| 04/08/13 | Into Trusty Status 03/27/13 IN T/S - COMMON LABOR |
| 04/26/13 | Trusty Earned Time 03/27/13 to 04/26/13 : 30D |
| 05/26/13 | Trusty Earned Time 04/26/13 to 05/26/13 : 30D |
| 06/25/13 | Trusty Earned Time 05/26/13 to 06/25/13 : 30D |
| 07/25/13 | Trusty Earned Time 06/25/13 to 07/25/13 : 30D |
| 08/24/13 | Trusty Earned Time 07/25/13 to 08/24/13 : 30D |
| 09/23/13 | Trusty Earned Time 08/24/13 to 09/23/13 : 30D |
| 10/23/13 | Trusty Earned Time 09/23/13 to 10/23/13 : 30D |
| 11/22/13 | Trusty Earned Time 10/23/13 to 11/22/13 : 30D |
| 12/22/13 | Trusty Earned Time 11/22/13 to 12/22/13 : 30D |
| 01/21/14 | Trusty Earned Time 12/22/13 to 01/21/14 : 30D |
| 02/20/14 | Trusty Earned Time 01/21/14 to 02/20/14 : 30D |
| 03/22/14 | Trusty Earned Time 02/20/14 to 03/22/14 : 30D |
| 04/21/14 | Trusty Earned Time 03/22/14 to 04/21/14 : 30D |
| 05/21/14 | Trusty Earned Time 04/21/14 to 05/21/14 : 30D |
| 06/20/14 | Trusty Earned Time 05/21/14 to 06/20/14 : 30D |
| 07/20/14 | Trusty Earned Time 06/20/14 to 07/20/14 : 30D |
| 08/19/14 | Trusty Earned Time 07/20/14 to 08/19/14 : 30D |
| 09/18/14 | Trusty Earned Time 08/19/14 to 09/18/14 : 30D |
| 10/18/14 | Trusty Earned Time 09/18/14 to 10/18/14 : 30D |
| 11/17/14 | Trusty Earned Time 10/18/14 to 11/17/14 : 30D |
| 12/17/14 | Trusty Earned Time 11/17/14 to 12/17/14 : 30D |
| 01/16/15 | Trusty Earned Time 12/17/14 to 01/16/15 : 30D |
| 02/15/15 | Trusty Earned Time 01/16/15 to 02/15/15 : 30D |
| 03/17/15 | Trusty Earned Time 02/15/15 to 03/17/15 : 30D |

02/28/2024

1 — Computation Details show ERS Date 03/15/2024

2 — MET Earned time never add to my sentence from my sentence

3 — Parole Date add to my sentence to give me more time, it show in the next computation sheet.

| DATE | DESCRIPTION |
|---|---|
| 07/27/21 | Trusty Earned Time 05/28/21 to 06/27/21 : 30D |
| 08/26/21 | Trusty Earned Time 06/27/21 to 07/27/21 : 30D |
| 09/25/21 | Trusty Earned Time 07/27/21 to 08/26/21 : 30D |
| 10/25/21 | Trusty Earned Time 08/26/21 to 09/25/21 : 30D |
| 11/24/21 | Trusty Earned Time 09/25/21 to 10/25/21 : 30D |
| 12/24/21 | Trusty Earned Time 10/25/21 to 11/24/21 : 30D |
| 01/25/22 | Trusty Earned Time 11/24/21 to 12/24/21 : 30D |
| 02/22/22 | Trusty Earned Time 12/24/21 to 01/23/22 : 30D |
| 03/24/22 | Trusty Earned Time 01/23/22 to 02/22/22 : 30D |
| 04/23/22 | Trusty Earned Time 02/22/22 to 03/24/22 : 30D |
| 05/23/22 | Trusty Earned Time 03/24/22 to 04/23/22 : 30D |
| 06/22/22 | Trusty Earned Time 04/23/22 to 05/23/22 : 30D |
| 07/22/22 | Trusty Earned Time 05/23/22 to 06/22/22 : 30D |
| 08/21/22 | Trusty Earned Time 06/22/22 to 07/22/22 : 30D |
| 09/20/22 | Trusty Earned Time 07/22/22 to 08/21/22 : 30D |
| 10/20/22 | Trusty Earned Time 08/21/22 to 09/20/22 : 30D |
| 11/19/22 | Trusty Earned Time 09/20/22 to 10/20/22 : 30D |
| 12/19/22 | Trusty Earned Time 10/20/22 to 11/19/22 : 30D |
| 01/18/23 | Trusty Earned Time 11/19/22 to 12/19/22 : 30D |
| 02/17/23 | Trusty Earned Time 12/19/22 to 01/18/23 : 30D |
| 03/19/23 | Trusty Earned Time 01/18/23 to 02/17/23 : 30D |
| 04/18/23 | Trusty Earned Time 02/17/23 to 03/19/23 : 30D |
| 05/18/23 | Trusty Earned Time 03/19/23 to 04/18/23 : 30D |
| 06/17/23 | Trusty Earned Time 04/18/23 to 05/18/23 : 30D |
| 07/17/23 | Trusty Earned Time 05/18/23 to 06/17/23 : 30D |
| 08/16/23 | Trusty Earned Time 06/17/23 to 07/17/23 : 30D |
| 09/15/23 | Trusty Earned Time 07/17/23 to 08/16/23 : 30D |
| 10/15/23 | Trusty Earned Time 08/16/23 to 09/15/23 : 30D |
| 11/14/23 | Trusty Earned Time 09/15/23 to 10/15/23 : 30D |
| 12/14/23 | Trusty Earned Time 10/15/23 to 11/14/23 : 30D |
| 01/13/24 | Trusty Earned Time 11/14/23 to 12/14/23 : 30D |
| 01/25/24 | Trusty Earned Time 12/14/23 to 01/13/24 : 30D |
| 01/25/24 | Met-Special Detail 01/24/24 : 30D Completed Life Skills Progam @ MSP |
| 02/12/24 | Trusty Earned Time 01/13/24 to 02/12/24 : 30D |

Summary:

| Begin Date | House Arrest Date | Parole Date | Tentative Discharge | Max Discharge | End Date |
|---|---|---|---|---|---|
| 06/26/2012 | | 06/23/2024 | 09/16/2027 | 06/20/2036 | |

Total Term To Serve: 24Y   Total Earned Time: 3Y 185D   Earned Time Lost: 0D   Total MET Earned: 50D   Total Trusty Time Earned: 8Y 230D

ERS Date 03/15/2024

Comments:

# Mississippi Department of Corrections
## Inmate Time Sheet

**Offender:** CALZADILLA, YURI 141943

**Computation Date:** 02/21/2024 09:20

**Housing:** MSP, UNIT 30, BLD B, ZONE B, BED 0110

**Date Printed:** 04/04/2024 10:19

## Sentences:

| DATE | CAUSE/COUNT | OFFENSE | COMMITTED | COUNTY | SERVE | HOUSE | PROBATION | HAB | DEFERRED | OVERRIDE | CONCURRENT | CONSECUTIVE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/08/13 | 12-CR-116SCG/1 | 1211:STRONG ARMED ROBBERY | 06/21/12 | Scott | 12Y | | | N | | | | |
| 02/08/13 | 12-CR-118SCG/1 | 1211:STRONG ARMED ROBBERY | 06/23/12 | Scott | 12Y | | | N | | | | 12-CR-116SCG/1 |

☐ First Time Offender

## Pre Trial/Pre Sentence Jail Time:

| FROM | TO | DAYS |
|---|---|---|
| | | |

Total Jail Time: 0    Override: 227

## Computation Details:

| DATE | DESCRIPTION |
|---|---|
| 02/08/13 | 12-CR-116SCG/1 1211:STRONG ARMED ROBBERY 12Y |
| 02/08/13 | 12-CR-118SCG/1 1211:STRONG ARMED ROBBERY 12Y CS to 12-CR-116SCG/1 |
| 04/08/13 | Into Trusty Status 03/27/13 IN T/S – COMMON LABOR |
| 04/26/13 | Trusty Earned Time 03/27/13 to 04/26/13 : 30D |
| 05/26/13 | Trusty Earned Time 04/26/13 to 05/26/13 : 30D |
| 06/25/13 | Trusty Earned Time 05/26/13 to 06/25/13 : 30D |
| 07/25/13 | Trusty Earned Time 06/25/13 to 07/25/13 : 30D |
| 08/24/13 | Trusty Earned Time 07/25/13 to 08/24/13 : 30D |
| 09/23/13 | Trusty Earned Time 08/24/13 to 09/23/13 : 30D |
| 10/23/13 | Trusty Earned Time 09/23/13 to 10/23/13 : 30D |
| 11/22/13 | Trusty Earned Time 10/23/13 to 11/22/13 : 30D |
| 12/22/13 | Trusty Earned Time 11/22/13 to 12/22/13 : 30D |
| 01/21/14 | Trusty Earned Time 12/22/13 to 01/21/14 : 30D |
| 02/20/14 | Trusty Earned Time 01/21/14 to 02/20/14 : 30D |
| 03/22/14 | Trusty Earned Time 02/20/14 to 03/22/14 : 30D |
| 04/21/14 | Trusty Earned Time 03/22/14 to 04/21/14 : 30D |
| 05/21/14 | Trusty Earned Time 04/21/14 to 05/21/14 : 30D |
| 06/20/14 | Trusty Earned Time 05/21/14 to 06/20/14 : 30D |
| 07/20/14 | Trusty Earned Time 06/20/14 to 07/20/14 : 30D |
| 08/19/14 | Trusty Earned Time 07/20/14 to 08/19/14 : 30D |
| 09/18/14 | Trusty Earned Time 08/19/14 to 09/18/14 : 30D |
| 10/18/14 | Trusty Earned Time 09/18/14 to 10/18/14 : 30D |
| 11/17/14 | Trusty Earned Time 10/18/14 to 11/17/14 : 30D |
| 12/17/14 | Trusty Earned Time 11/17/14 to 12/17/14 : 30D |
| 01/16/15 | Trusty Earned Time 12/17/14 to 01/16/15 : 30D |
| 02/15/15 | Trusty Earned Time 01/16/15 to 02/15/15 : 30D |
| 03/17/15 | Trusty Earned Time 02/15/15 to 03/17/15 : 30D |

| DATE | DESCRIPTION |
|---|---|
| 04/16/15 | Trusty Earned Time 03/17/15 to 04/16/15 : 30D |
| 05/16/15 | Trusty Earned Time 04/16/15 to 05/16/15 : 30D |
| 06/15/15 | Trusty Earned Time 05/16/15 to 06/15/15 : 30D |
| 07/15/15 | Trusty Earned Time 06/15/15 to 07/15/15 : 30D |
| 08/14/15 | Trusty Earned Time 07/15/15 to 08/14/15 : 30D |
| 09/13/15 | Trusty Earned Time 08/14/15 to 09/13/15 : 30D |
| 10/13/15 | Trusty Earned Time 09/13/15 to 10/13/15 : 30D |
| 11/12/15 | Trusty Earned Time 10/13/15 to 11/12/15 : 30D |
| 12/12/15 | Trusty Earned Time 11/12/15 to 12/12/15 : 30D |
| 01/11/16 | Trusty Earned Time 12/12/15 to 01/11/16 : 30D |
| 02/10/16 | Trusty Earned Time 01/11/16 to 02/10/16 : 30D |
| 03/11/16 | Trusty Earned Time 02/10/16 to 03/11/16 : 30D |
| 04/10/16 | Trusty Earned Time 03/11/16 to 04/10/16 : 30D |
| 05/10/16 | Trusty Earned Time 04/10/16 to 05/10/16 : 30D |
| 06/09/16 | Trusty Earned Time 05/10/16 to 06/09/16 : 30D |
| 07/09/16 | Trusty Earned Time 06/09/16 to 07/09/16 : 30D |
| 01/09/17 | Out Of Trusty Status 08/02/16 Reduced to close custody and not in approved program |
| 06/07/18 | Met-Special Detail 01/01/17 to 12/31/17 : 10D RVR FREE INCENTIVE PROGRAM |
| 10/18/18 | Into Trusty Status 10/11/18 T/S-COMMON LABOR |
| 11/10/18 | Trusty Earned Time 10/11/18 to 11/10/18 : 30D |
| 12/10/18 | Trusty Earned Time 11/10/18 to 12/10/18 : 30D |
| 01/09/19 | Trusty Earned Time 12/10/18 to 01/09/19 : 30D |
| 02/08/19 | Trusty Earned Time 01/09/19 to 02/08/19 : 30D |
| 02/22/19 | Met-Special Detail 01/01/18 to 12/31/18 : 10D RVR FREE INCENTIVE PROGRAM |
| 03/10/19 | Trusty Earned Time 02/08/19 to 03/10/19 : 30D |
| 04/09/19 | Trusty Earned Time 03/10/19 to 04/09/19 : 30D |
| 05/09/19 | Trusty Earned Time 04/09/19 to 05/09/19 : 30D |
| 06/08/19 | Trusty Earned Time 05/09/19 to 06/08/19 : 30D |
| 07/08/19 | Trusty Earned Time 06/08/19 to 07/08/19 : 30D |
| 08/07/19 | Trusty Earned Time 07/08/19 to 08/07/19 : 30D |
| 09/06/19 | Trusty Earned Time 08/07/19 to 09/06/19 : 30D |
| 10/06/19 | Trusty Earned Time 09/06/19 to 10/06/19 : 30D |
| 11/05/19 | Trusty Earned Time 10/06/19 to 11/05/19 : 30D |
| 12/05/19 | Trusty Earned Time 11/05/19 to 12/05/19 : 30D |
| 01/04/20 | Trusty Earned Time 12/05/19 to 01/04/20 : 30D |
| 02/03/20 | Trusty Earned Time 01/04/20 to 02/03/20 : 30D |
| 03/04/20 | Trusty Earned Time 02/03/20 to 03/04/20 : 30D |
| 04/03/20 | Trusty Earned Time 03/04/20 to 04/03/20 : 30D |
| 05/03/20 | Trusty Earned Time 04/03/20 to 05/03/20 : 30D |
| 06/02/20 | Trusty Earned Time 05/03/20 to 06/02/20 : 30D |
| 07/02/20 | Trusty Earned Time 06/02/20 to 07/02/20 : 30D |
| 08/01/20 | Trusty Earned Time 07/02/20 to 08/01/20 : 30D |
| 08/31/20 | Trusty Earned Time 08/01/20 to 08/31/20 : 30D |
| 09/30/20 | Trusty Earned Time 08/31/20 to 09/30/20 : 30D |
| 10/30/20 | Trusty Earned Time 09/30/20 to 10/30/20 : 30D |
| 11/29/20 | Trusty Earned Time 10/30/20 to 11/29/20 : 30D |
| 12/29/20 | Trusty Earned Time 11/29/20 to 12/29/20 : 30D |
| 01/28/21 | Trusty Earned Time 12/29/20 to 01/28/21 : 30D |
| 02/27/21 | Trusty Earned Time 01/28/21 to 02/27/21 : 30D |
| 03/29/21 | Trusty Earned Time 02/27/21 to 03/29/21 : 30D |
| 04/28/21 | Trusty Earned Time 03/29/21 to 04/28/21 : 30D |
| 05/28/21 | Trusty Earned Time 04/28/21 to 05/28/21 : 30D |
| 06/27/21 | |

04/04/2024

Handwritten notes (rotated, left margin to center):

1- Computation Details show ERS release Date 3-13-2024

2- ERS have being Change to 06/23/2024 adding more time to my sentence

3- Parole Date add or plant it to my sentence to keep me in prison

4- Parole Date plant it or add it without my autorisation or signing any agreement, but sentence have being Change it without being back to court.

| DATE | DESCRIPTION |
|---|---|
| | Trusty Earned Time 05/28/21 to 06/27/21 : 30D |
| 07/27/21 | Trusty Earned Time 06/27/21 to 07/27/21 : 30D |
| 08/26/21 | Trusty Earned Time 07/27/21 to 08/26/21 : 30D |
| 09/25/21 | Trusty Earned Time 08/26/21 to 09/25/21 : 30D |
| 10/25/21 | Trusty Earned Time 09/25/21 to 10/25/21 : 30D |
| 11/24/21 | Trusty Earned Time 10/25/21 to 11/24/21 : 30D |
| 12/24/21 | Trusty Earned Time 11/24/21 to 12/24/21 : 30D |
| 01/25/22 | Trusty Earned Time 12/24/21 to 01/23/22 : 30D |
| 02/22/22 | Trusty Earned Time 01/23/22 to 02/22/22 : 30D |
| 03/24/22 | Trusty Earned Time 02/22/22 to 03/24/22 : 30D |
| 04/23/22 | Trusty Earned Time 03/24/22 to 04/23/22 : 30D |
| 05/23/22 | Trusty Earned Time 04/23/22 to 05/23/22 : 30D |
| 06/22/22 | Trusty Earned Time 05/23/22 to 06/22/22 : 30D |
| 07/22/22 | Trusty Earned Time 06/22/22 to 07/22/22 : 30D |
| 08/21/22 | Trusty Earned Time 07/22/22 to 08/21/22 : 30D |
| 09/20/22 | Trusty Earned Time 08/21/22 to 09/20/22 : 30D |
| 10/20/22 | Trusty Earned Time 09/20/22 to 10/20/22 : 30D |
| 11/19/22 | Trusty Earned Time 10/20/22 to 11/19/22 : 30D |
| 12/19/22 | Trusty Earned Time 11/19/22 to 12/19/22 : 30D |
| 01/18/23 | Trusty Earned Time 12/19/22 to 01/18/23 : 30D |
| 02/17/23 | Trusty Earned Time 01/18/23 to 02/17/23 : 30D |
| 03/19/23 | Trusty Earned Time 02/17/23 to 03/19/23 : 30D |
| 04/18/23 | Trusty Earned Time 03/19/23 to 04/18/23 : 30D |
| 05/18/23 | Trusty Earned Time 04/18/23 to 05/18/23 : 30D |
| 06/17/23 | Trusty Earned Time 05/18/23 to 06/17/23 : 30D |
| 07/17/23 | Trusty Earned Time 06/17/23 to 07/17/23 : 30D |
| 08/16/23 | Trusty Earned Time 07/17/23 to 08/16/23 : 30D |
| 09/15/23 | Trusty Earned Time 08/16/23 to 09/15/23 : 30D |
| 10/15/23 | Trusty Earned Time 09/15/23 to 10/15/23 : 30D |
| 11/14/23 | Trusty Earned Time 10/15/23 to 11/14/23 : 30D |
| 12/14/23 | Trusty Earned Time 11/14/23 to 12/14/23 : 30D |
| 01/13/24 | Trusty Earned Time 12/14/23 to 01/13/24 : 30D |
| 01/25/24 | Met-Special Detail 01/24/24 : 30D Completed Life Skills Progam @ MSP |
| 02/12/24 | Trusty Earned Time 01/13/24 to 02/12/24 : 30D |
| 03/13/24 | Trusty Earned Time 02/12/24 to 03/13/24 : 30D |

Summary:

| Begin Date | House Arrest Date | Parole Date | Tentative Discharge | Max Discharge | End Date |
|---|---|---|---|---|---|
| 06/26/2012 | | 06/23/2024 | 08/17/2027 | 06/20/2036 | |

| Total Term To Serve: 24Y | Total Earned Time: 3Y 185D | ERS Date 06/23/2024 | Earned Time Lost: 0D | Total MET Earned: 50D | Total Trusty Time Earned: 8Y 260D |

Comments:

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes
☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) _____
   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*
   _____

3. Docket or index number
   _____

4. Name of Judge assigned to your case
   _____

5. Approximate date of filing lawsuit
   _____

6. Is the case still pending?
   ☐ Yes
   ☐ No
   If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes
☒ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

    Plaintiff(s) _____

    Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

    _____

    _____

3. Docket or index number

    _____

4. Name of Judge assigned to your case

    _____

5. Approximate date of filing lawsuit

    _____

6. Is the case still pending?

    ☐ Yes

    ☐ No

    If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    _____

    _____

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 4-21-2024

Signature of Plaintiff: Yuri Calzadilla
Printed Name of Plaintiff: Yuri Calzadilla
Prison Identification #: 141943
Prison Address: M.S.P P.O Box 1057 Parchman, MS 38738

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
Telephone Number: _____
E-mail Address: _____

Page 11 of 11